KIMBERLY-CLARK CORPORATION, Respondent, vs. DEPARTMENT OF TAXATION, Appellant.

*December 4, 1945—January 8, 1946.*

For the appellant there was a brief by the *Attorney General* and *Harold H. Persons,* assistant attorney general, and oral argument by *Mr. Persons.*

For the respondent there was a brief by *Lines, Spooner & Quarles,* attorneys, and *Maxwell H. Herriott* of counsel, all of Milwaukee, and oral argument by *Mr. Herriott.*

ROSENBERRY, C. J.   This case is ruled by *Briggs & Stratton Corp v. Department of Taxation, ante,* p. 160, 21 N. W. (2d) 441, two cases, which are decided herewith.   While the facts are slightly different, the determinative questions are the same.   For the reasons stated in the opinion in those cases, the judgment in this case must be affirmed.

*By the Court.*—Judgment affirmed.